

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00826-CR

Taylor M. **MOSER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 4960
Honorable N. Keith Williams, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

Appellant's motion for rehearing is DENIED.

SIGNED September 28, 2016.

Karen Angelini, Justice